# Exhibit 1

VOLUNTEER LAWYERS' PROJECT
FOR THE SOUTHERN DISTRICT OF FLORIDA

4320 BANK OF AMERICA TOWER
100 S.E. SECOND ST.
MIAMI, FLORIDA 33131
TELEPHONE (305) 373-4334
FACSIMILE (305) 358-0910
volunteerlawyers@bellsouth.net

## ATTORNEY - PROJECT AGREEMENT

(1) I, Maria Ramirez of Hogan & Hartson., agree to participate in the Volunteer Lawyers' Project for the Southern District of Florida by representing a civil litigant *pro bono* in the following case:

**Hudson v. Secretary of Homeland Security, et al.**

(2) I have read the Working Paper and agree to abide by it.

(3) I agree to sign a retainer agreement with the client providing for recovery of attorney's fees at the statutory limit in case of settlement or court judgment. In the event that attorney's fees are recovered by either a judicial award of fees or settlement, I agree to remit to the Project 25% of the attorney's fees amount *after* monies loaned from the Revolving Litigation Loan Fund (if any) and my actual costs (out-of-pocket expenses) are deducted from the gross award. If I wish to waive my fees, I will contact the Project for a review of the circumstances for the waiver.

(4) I agree to complete a Case Closing Report at the end of my representation in the above listed case(s).

(5) I am ___ am not _X_ requesting that the Project extend professional liability insurance with a $200,000 policy limit to me in the above listed case(s) as of this date.

_____
Maria Ramirez

Dated: June 14, 2006