# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60985-CIV-Graham/O'Sullivan

ULYSSES J. HUDSON,

    Plaintiff,

v.

MICHAEL CHERTOFF,
as Secretary of the United States
Department of Homeland Security,

    Defendant.
_____/

## DECLARATION OF MARK J. BERKOWITZ, ESQ. IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

    I, Mark J. Berkowitz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that to the best of my knowledge, the following is true and correct:

    1.    I have personal knowledge of the facts set forth below, and if called as a witness, I am competent to and would testify as follows.

    2.    I submit this declaration in support of the Verified Motion for Award of Attorneys' Fees and Costs ("Verified Motion") submitted in this matter on behalf of Plaintiff, Ulysses J. Hudson ("Mr. Hudson").

    3.    I am principal shareholder of Mark J. Berkowitz P.A. in Ft. Lauderdale. I have practiced law for more than 20 years, focusing primarily on employment law.

    4.    Prior to filing this lawsuit, Mr. Hudson filed Case No. 02-2394 with the Equal Employment Opportunity Commission ("EEOC Proceeding 02-2394) alleging harassment by his boss, Kimberly Duff, and challenging his transfer back to Miami by Defendant.

    5.    In October 2002, Mr. Hudson retained me for legal services related to EEOC

Proceeding 02-2394.

6. I did not retain a copy of my fee records in EEOC Proceeding 02-2394, but hereby attest that I was paid $1,000 for my services relating to that matter. For approximately _7_ hours in November 2002, I spent time with Mr. Hudson at my offices strategizing Mr. Hudson's case and assisting Mr. Hudson with the drafting of an affidavit detailing his allegations. At the time, I charged about $_1,000_ for my services.

Executed on May 29th, 2007.

Mark J. Berkowitz

## DECLARATION

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 29th day of May 2007.

Mark J. Berkowitz

CASE NO. 05-60985-CIV-Graham/O'Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Jason Kellogg
Jason Kellogg

**SERVICE LIST**
**Hudson v. Chertoff**
**Case No. 05-60985-Civ-Graham/O'Sullivan**
**United States District Court, Southern District of Florida**

Ann M. St. Peter-Griffith, Esq.
ann.st.peter-griffith@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132.
Telephone: (305) 961-9419
Facsimile: (305) 530-7139
Attorneys for Defendant Michael Chertoff

Via Transmission of Notices of Electronic Filing
Generated by CM/ECF