UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60985-CIV-Graham/O'Sullivan

ULYSSES J. HUDSON,

       Plaintiff,

v.

MICHAEL CHERTOFF,
as Secretary of the United States
Department of Homeland Security,

       Defendant.
_____/

## PLAINTIFF'S SUPPLEMENTAL VERIFIED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff Ulysses J. Hudson ("Mr. Hudson") moves the Court, pursuant to Fed. R. Civ. P. 54(d) and S.D. Fla. L.R. 7.3(A), for a supplemental award of attorneys' fees and related costs of $22,370.16 and taxable costs in the amount of $372.56.[1] This supplemental request (the "Supplemental Motion") reflects fees and costs incurred by Mr. Hudson since May 1, 2007.[2]

Mr. Hudson has incurred additional recoverable fees and costs. Mr. Hudson's counsel compiled, researched, drafted and filed his Verified Motion for Attorney's Fees and Costs and Bill of Costs (the "Verified Motion'). Mr. Hudson hired an attorney's fee expert, Neil Chonin ("Mr. Chonin"), who reviewed the file and submitted an affidavit in support of the Verified Motion. Mr. Hudson's counsel also researched, drafted and filed a Reply to Defendant Michael

---

[1] These taxable costs consist of $372 in photocopies attributable to pleadings and $0.56 in long distance charges. Mr. Hudson will file separately a Supplemental Bill of Costs reflecting these additional taxable costs.

[2] Mr. Hudson's original Verified Motion was filed on June 1, 2007. At the time of filing the Verified Motion, Hogan & Hartson's May 2007 bill was not yet available and therefore was not included in the fees and cost sought in the Verified Moiton.

Chertoff's 29-page Response to the Verified Motion. Finally, Mr. Hudson's counsel spent a small amount of time coordinating with Defendant's counsel for payment on the Final Judgment awarded to Mr. Hudson.

In support of this Supplemental Motion, Mr. Hudson adopts by reference the Memorandum of Law in support of its Verified Motion and all of the Exhibits attached to the Verified Motion, including but not limited to the Declaration of Brian L. Lerner attached as Exhibit 2 to the Verified Motion, the Declaration of Mr. Chonin attached as Exhibit 5 to the Verified Motion and the Declaration of Mr. Hudson attached as Exhibit 6 to the Verified Motion. Mr. Hudson also adopts by reference his Reply in Support of the Verified Motion [D.E. 286], the Supplemental Declaration of Brian L. Lerner attached hereto as **Exhibit 1**, and the Supplemental Declaration of Neil Chonin attached hereto as **Exhibit 2**.

So that the fees and costs sought by this Supplemental Motion shall be the final fees and costs sought by Mr. Hudson in this case, and to allow the Court to make a final ruling on the fees and costs issue, Mr. Hudson does not seek to recoup the fees and costs associated with this Supplemental Motion and will not seek to recoup the fees and costs associated with any Reply filed in support of this Supplemental Motion.[3]

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.3(A)

I HEREBY CERTIFY that since September 12, 2007 I have been in contact with counsel for Defendant in an effort to resolve the issues presented in Plaintiff's Supplemental Verified Motion to Award Attorneys' Fees, Expenses and Costs. The parties are attempting to negotiate the resolution of this Supplemental Motion, but Defendant's client will not be available to

---

[3] In the event that Mr. Hudson's counsel is required to expend additional fees or costs on any unforeseen event or appeal, however, Mr. Hudson reserves the right to file a motion seeking to recoup those fees and costs prior to the execution by this Court of a Final Order on the fees issue.

discuss the matter for another one to three business days. Mr. Hudson desires to file the Supplemental Motion now, and the parties will immediately notify the court if they are able to resolve the issues presented.

Respectfully submitted,

s/ Jason Kellogg
Maria Eugenia Ramirez (Fla. Bar No. 349320)
meramirez@hhlaw.com
Brian L. Lerner (Fla. Bar No. 0177202)
bllerner@hhlaw.com
Jason Kellogg (Fla. Bar No. 578401)
jkellogg@hhlaw.com
Mark R. Cheskin (Fla. Bar No. 708402)
mrcheskin@hhlaw.com
HOGAN & HARTSON L.L.P.
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone:     (305) 459-6500
Facsimile:     (305) 459-6550

Attorneys for Plaintiff Ulysses J. Hudson

## VERIFICATION

Under the penalties of perjury, I declare that I have read the foregoing motion and that, to the best of my knowledge, the facts stated in it are true.

s/ Brian Lerner
Brian Lerner

CASE NO. 05-60985-CIV-Graham/O'Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Jason Kellogg
Jason Kellogg

## SERVICE LIST
### Hudson v. Chertoff
### Case No. 05-60985-Civ-Graham/O'Sullivan
### United States District Court, Southern District of Florida

Ann M. St. Peter-Griffith, Esq.
ann.st.peter-griffith@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132.
Telephone: (305) 961-9419
Facsimile: (305) 530-7139
Attorneys for Defendant Michael Chertoff

Via Transmission of Notices of Electronic Filing
Generated by CM/ECF

\\\MI - 090334/010268 - 115538 v1

HOGAN & HARTSON L.L.P., 1111 BRICKELL AVENUE, SUITE 1900 • MIAMI, FL 33131 • TEL. (305) 459-6500 • FAX (305) 459-6550