UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60985-CIV-Graham/O'Sullivan

ULYSSES J. HUDSON,

    Plaintiff,

v.

MICHAEL CHERTOFF,
as Secretary of the United States
Department of Homeland Security,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with the Honorable Edward B. Davis on Monday, October 15, 2007 at 10 a.m., at Akerman Senterfitt, One S.E. Third Avenue, 28th Floor, Miami, Florida.

ENTERED THIS 3 day of Oct, 2007.

    HON. JOHN J. O'SULLIVAN
    U.S. MAGISTRATE COURT JUDGE

cc:    All parties of record

\\\\MI - 090334/010268 - 116110 v1