

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60985-CIV-GRAHAM/O'SULLIVAN

ULYSSES J. HUDSON,

          Plaintiff,

vs.

MICHAEL CHERTOFF, as Secretary of the
United States Department of Homeland
Security,
          Defendant.
_____/

## MEDIATION STATUS REPORT

The parties met on October 15, 2007 and participated in mediation. After mediating in good faith, the parties have reached full and complete settlement of this matter. The parties request sixty (60) days for completion of settlement documents.

Dated: October 15, 2007

          Respectfully submitted,

          **AKERMAN SENTERFITT**
          SunTrust International Center, 25th Floor
          One Southeast Third Avenue
          Miami, Florida 33131-1704
          Phone: (305) 374-5600
          Fax: (305) 374-5095
          Email: edward.davis@akerman.com

          By: _____
          Edward B. Davis (Acting as Mediator)
          Florida Bar No.: 18233

{M2610464;1}

Case No. 05-60985-CIV-Graham/O'Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail this 15th day of October, 2007 to: Jason K. Kellogg, Esq.., Hogan & Hartson L.L.P., 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131; and to Ann M. St. Peter-Griffith, Esq., United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

By: _____
Edward B. Davis